No. 310. MILLER & VIDOR LUMBER CO. *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Wm. S. Hammers* and *John Neethe* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, J. Louis Monarch, Paul D. Miller, Clarence M. Charest, John MacC. Hudson,* and *Miss Helen R. Carloss* for respondent.

No. 311. NATIONAL BRAKE & ELECTRIC CO. *v.* CHRISTENSEN ET AL. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Charles A. Brown* and *Paul Synnestvedt* for petitioner. *Messrs. Louis Quarles, Newton D. Baker, Joseph B. Cotton,* and *William R. Rummler* for respondents.

No. 312. SQUIRE *v.* PAIGE. October 13, 1930. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Frank Hendrick* for petitioner. No appearance for respondent.

No. 314. JOHNSEN *v.* UNITED STATES. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Robert B. McMillan* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, A. W. Henderson,* and *Paul D. Miller* for the United States.

No. 317. ASSOCIATED BILL POSTERS ET AL. *v.* WM. H. RANKIN CO.; and

No. 318. SAME v. CHARLES A. RAMSEY Co. October 13, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. George F. Hurd* and *Richard T. Green* for petitioners. *Messrs. Nathan Burkan, Emanuel Harris, Thos. G. Haight,* and *Sol A. Rosenblatt* for respondents. Reported below: 42 F. (2d) 152.

No. 319. DENVER & SALT LAKE RY. Co. v. LOMBARDI. October 13, 1930. Petition for writ of certiorari to the Supreme Court of Colorado denied. *Messrs. Elmer L. Brock, David W. Oyler,* and *E. R. Campbell* for petitioner. *Mr. Arthur B. Bouton* for respondent.

No. 102. NEUSTADT ET AL. v. COLINE OIL Co. ET AL. See same case, *ante,* p. 799.

No. 159. FLEMING v. OHIO. See same case, *ante,* p. 800.

No. 320. BLANCHARD v. UNITED STATES. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. George S. Atkinson* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch* and *W. Marvin Smith* for the United States.

No. 321. RIPLEY ET AL. v. SUTHERLAND, ALIEN PROPERTY CUSTODIAN ET AL. October 20, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. C. C. Calhoun, Walter C. Bal-*